IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOSE LUIS MORALES CASTELLANO

XXX-XX-6979

Debtor(s)

CASE NO. 17-02890 MCF

Chapter 13

**FILED & ENTERED ON 5/1/2018**

AMENDED ORDER

The Debtor's objection to claim #3 filed by Urb. Paseo de la Ceiba (docket #15) is hereby granted.  Proof of claim #3 filed by Asociacion de Residentes de la Ceiba is allowed as an unsecured claim in the amount of $2,308.23. [Related dockets #15, #22 and #24.]

IT IS SO ORDERED.

San Juan, Puerto Rico, this 01 day of May, 2018.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

CC:     DEBTOR(S)
        EDGAR J RIVERA
        JOSE RAMON CARRION MORALES