# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE: **JOSE LUIS MORALES CASTELLANO**
SSN xxx-xx-6979

Debtor(s)

CASE NO: **17-02890-MCF**

**Chapter 13**

---

## TRUSTEE'S NO OBJECTION TO PROPOSED PLAN CONFIRMATION UNDER SECTION 1325

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **EDGAR J RIVERA***

Total Agreed: **$3,000.00**      Paid Pre-Petition: **$300.00**      Outstanding (Through the Plan): **$2,700.00**

---

*TRUSTEE'S POSITION RE CONFIRMATION UNDER U.S.C. §1325

**Debtor's/s' Commitment Period:** ☑ Under Median Income 36 months    ☐ Above Median Income 60 months §1325(b)(1)(B)
☐ The Trustee cannot determine debtor's/s' commitment period at this time.    Projected Disposable Income: **$0.00**

**Liquidation Value: $431.00    Estimated Priority Debt: $0.00**

**If the estate were liquidated under Chapter 7, nonpriority unsecured claims would be paid approximately $431.00**

With respect to the (amended) Plan date: **Jun 05, 2018  (Dkt  34)**      **Plan Base: $16,500.00**

**The Trustee:** ☑ **DOES NOT OBJECT** ☐ **OBJECTS** **Plan Confirmation**   **Gen. Uns. Approx. Dist.: 44 %**

---

## *OTHER COMMENTS / OBJECTIONS

NONE.

---

**CERTIFICATE OF SERVICE**: The Chapter 13 Trustee herewith certifies that a copy of this motion has been served via first class mail on the same date it is filed to: the DEBTOR(S), and to her/his/their attorney throught CM-ECF notification system.

/s/ Jose R. Carrion, Esq.
**CHAPTER 13 TRUSTEE**
PO Box 9023884, San Juan PR 00902-3884
Tel. (787)977-3535 Fax (787)977-3550

Date: June 18, 2018

/s/ Mayra Arguelles, Esq.

---

Last Docket Verified: 41    Last Claim Verified: 8(1AM)    CMC: