IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 17-02890-MCF13 |
| JOSE LUIS MORALES CASTELLANO | Chapter 13 |
| xx-xx-6979 | |
| Debtor(s) | FILED & ENTERED ON JAN/25/2021 |

ORDER APPROVING POST-CONFIRMATION MODIFIED PLAN

This case is before the Court on debtor(s)' post-confirmation modified plan (docket entry #65). It appearing that due notice was given and that there are no objections, the Court hereby approves debtor(s)' post-confirmation modification and it becomes the plan.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 25 day of January, 2021.

*Mildred Caban*

Mildred Caban Flores
United States Bankruptcy Judge